UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL MOTION HEARING MINUTES

| | |
|---|---|
| EMMA SHIELDS-NORDNESS, | COURT MINUTES - CIVIL |
| | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | U.S. Magistrate Judge |

v.

OSCAR GALINDO, JEFFREY
KORUS, and VOSINICK KELLUM
*in their individual and official capacities
as St. Paul Police Officers*; CITY OF ST.
PAUL; JOHN DOES 1-5 *in their
individual and official capacities as
Ramsey County employees*; and
RAMSEY COUNTY,

        Defendants.

| | |
|---|---|
| Case No.: | 18-cv-1426 PJS/DTS |
| Date: | September 12, 2018 |
| Court Reporter: | N/A |
| Location: | Mpls. 9E |
| Time: | 2:00 - 2:50 p.m. |
| | 3:03 - 3:31 p.m. |
| Total Time: | 1 hour 18 minutes |

APPEARANCES:   Andrew Irlbeck, Esq., Adam Johnson, Esq. and David Lundgren, Esq., for Plaintiff

Robert Roche, Esq. for Defendants Ramsey County and John Does 1-5

K. Megan Kisch, Esq. for Defendants Oscar Galindo, Jeffrey Korus, Vosinick Kellum, and City of St. Paul


PROCEEDINGS:   *# 30  Defendants' (Ramsey County and John Does 1-5) Motion to Stay Discovery*

X____Motion granted in part and denied in part from the bench.  For the reasons stated on the record at the hearing, discovery is stayed with respect to Defendants John Does 1-5, but not stayed with respect to Defendant Ramsey County.  Discovery is not stayed with respect to the City of St. Paul Defendants, as they brought no motion to stay.

        The deadline for Defendant Ramsey County's Rule 26 initial disclosures is extended to September 26, 2018.

X____No written order will be issued

K.Reierson
*Law Clerk*